```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                    09-CV-1310(JMR/AJB)
```

Pariss K. London              )
                              )
        v.                    )      ORDER
                              )
Michael J. Astrue, Commissioner )
of Social Security            )

Plaintiff objects to the Report and Recommendation, issued March 23, 2010 [Docket No. 17], by the Honorable Arthur J. Boylan, United States Magistrate Judge. The Report recommended denying plaintiff's motion for summary judgment, and granting defendant's motion for summary judgment. Plaintiff's objections to the Report were timely filed pursuant to Local Rule 72.2(b).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for summary judgment is denied [Docket No. 11].

2. Defendant's motion for summary judgment is granted [Docket No. 13].

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 23, 2010

                                          s/ JAMES M. ROSENBAUM
                                          JAMES M. ROSENBAUM
                                          United States District Judge